

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| MAURICE JOHN MCGUYER, | § | No. 08-14-00120-CR |
| Appellant | § | |
| | | Appeal from the |
| V. | § | |
| | | 213th District Court |
| THE STATE OF TEXAS, | § | |
| Appellee. | | of Tarrant County, Texas |
| | § | |
| | | (TC# 1269408D) |
| | § | |

## MEMORANDUM OPINION

Maurice John McGuyer has filed a motion to dismiss his appeal. Rule 42.2(a) permits an appellate court to dismiss a criminal appeal on the appellant's motion at any time before the court's decision. TEX.R.APP.P. 42.2(a). Because the Appellant has complied with the requirements of Rule 42.2(a), we grant the motion and dismiss the appeal.


May 23, 2014

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.

(Do Not Publish)